ROBERT H. EPPS *v.* WILLIAM RAINEY.

[No. 32, October Term, 1935.]

*Decided December 4th, 1935.*

The cause was submitted on briefs to BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Charles Jackson, Joseph O. Buchoff, Abraham Rostov,* and *Mark Jackson,* for the appellant.

*Benjamin Goldman, W. Albert Menchine,* and *L. Wethered Barroll,* for the appellee.

URNER, J., delivered the opinion of the Court.